Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554s facsimile

William L. Marder (SBN 170131)
bill@polarislawgroup.com
**POLARIS LAW GROUP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Telephone: (831) 531-4214
Facsimile: (831) 634-0333
Attorneys for Plaintiff CHRISTINA TORREZ

Amy L. Lessa (SBN 202872)
    E-Mail:  alessa@fisherphillips.com
Lauren Bushman (SBN 314865)
    E-Mail:  lbushman@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile:  (858) 597-9601
Attorneys for Defendant TEEMA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TORREZ,<br><br>Plaintiff,<br><br>vs.<br><br>TEEMA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22−CV−01531−TLN−KJN<br><br>**JOINT STIPULATION TO CONTINUE VDRP MEDIATION COMPLETION DEADLINE; ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff Christina Torrez and Defendant TEEMA, Inc., by and through their undersigned counsel, hereby jointly move this Court for an order continuing the Voluntary Dispute Resolution Program ("VDRP") mediation completion deadline, as set forth below, for the following reasons:

1. This case was removed from state court on August 31, 2022.

2. On December 28, 2022, the Parties prepared and filed a Joint Scheduling Report which set forth their agreement to submit the matter to mediation. The Court and the VDRP Administrator appointed Robert Chalfant as the VDRP neutral attorney on November 23, 2022.

3. The Parties spent December exchanging written discovery and serving subpoenas on third parties.

4. The Parties require additional time to complete depositions, including the depositions of Plaintiff and Defendant in advance of the VDRP mediation deadline, which is currently set for February 22, 2023.

5. The Parties have met and conferred and now request an additional forty-five (45) days from the current deadline of February 22, 2023 to complete depositions and the VDRP mediation. The continued deadline to complete the VDRP mediation would be on or about **April 10, 2023**.

6. Based on the foregoing, the Parties respectfully submit that good cause exists and request that the court grant this joint request.

DATED: January 17, 2023         DIVERSITY LAW GROUP, P.C.


                                By: */s/ Kristen M. Agnew*
                                    Larry W. Lee
                                    Kristen M. Agnew
                                    Nicholas Rosenthal

DATED: January 17, 2023     FISHER & PHILLIPS LLP

By: */s/ Amy L. Lessa*
　　Amy L. Lessa
　　Lauren Bushman
　　Attorneys for Defendant TEEMA, Inc.

### ATTESTATION REGARDING ELECTRONIC SIGNATURES

I, Amy Lessa, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

*/s/ Amy L. Lessa*
Amy L. Lessa

## ORDER

Good cause appearing, the Joint Stipulation to Continue the VDRP Mediation Completion Deadline is granted, and IT IS HEREBY ORDERED that the VDRP Mediation Completion Deadline be continued to April 10, 2023.

**IT IS SO ORDERED.**

DATED: January 17, 2023

Troy L. Nunley
United States District Judge